**IN the INTEREST OF BASS**

**NO. 2016-C-1220**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Pointe Coupee, 18th Judicial District Court Div. D, No. 45,458; to the Court of Appeal, First Circuit, No. 2015 CA 1680;

Denied.

**Craig and Sheila P. MILLS**

v.

**Lisa Pecquet HARELL, Carol Lee Griffin, Thomas Franklin Carlson, and DeColores Adoptions International**

**NO. 2016-CC-1223**

Supreme Court of Louisiana.

Supreme Court of Louisiana
October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. A, No. 638781;

to the Court of Appeal, First Circuit, No. 2016 CW 0309

Denied.

GUIDRY, J., would grant.

**STATE of Louisiana**

v.

**Curtis CONGRESS, Jr.**

**NO. 2016-KK-1228**

Supreme Court of Louisiana.

October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. B, No. 526-433; to the Court of Appeal, Fourth Circuit, No. 2016-K-0556;

Denied.